# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL LOUIS DEMOTT,<br><br>Defendant. | Case No.: 2:17-mj-00942-PAL<br><br>**Order Granting Motion to Continue**<br><br>(Docket No. 33) |

Pending before the Court is Defendant Daniel Louis Demott's motion to continue his initial appearance on a petition for supervised release violation. Docket No. 33. Defendant submits that he was not served with the summons for today's hearing until approximately 12:30 p.m. the day before the hearing. *Id*. at 1. Defendant submits that he is employed and is also responsible for his daughter's after-school care and needs time to make arrangements with work and for his child, in order to appear in court. *Id*. Defendant therefore asks the Court to continue his initial appearance for at least one week. *Id*.

The Court ordered the United States to respond to Defendant's motion no later than 10:30 a.m. Docket No. 35. The United States, however, failed to respond. *See* Docket.

For good cause shown, the Court **GRANTS** Defendant's motion and continues his initial appearance to May 1, 2019, at 2:30 p.m., in Courtroom 3C, before United States Magistrate Judge Carl W. Hoffman.

IT IS SO ORDERED.

DATED: April 24, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE